M. P. No. 1253. RICHARD S. BOWER *v.* FRANCIS A. HOWARD. Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue, the answer to comply with Provisional Order No. 7. Motion for appointment of special counsel denied, no cause having been shown that services of the Public Defender were unsatisfactory.

*Richard S. Bower*, petitioner; pro se. *Herbert F. DeSimone*, Attorney General, for respondent.